**Order entered November 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00914-CV

**RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP,**
**Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is court reporter Robin N. Washington's November 7, 2018 request for extension of time to file the record. We **GRANT** the motion and **ORDER** the reporter's record be filed no later than November 12, 2018.

/s/     DAVID EVANS
           JUSTICE